IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WESLEY KELLEY                                                                                              PLAINTIFF

v.                                         NO. 3:12CV00246 JLH

NITROGEN SOLUTIONS, LLC; et al.                                                              DEFENDANTS

## ORDER

The final scheduling order set this matter for bench trial sometime during the week of October 21, 2013, in Jonesboro, Arkansas. The Court has determined that the bench trial will begin at **9:15 a.m. on WEDNESDAY, OCTOBER 23, 2013**, in Courtroom #324, E.C. "Took" Gathings Federal Courthouse, 615 South Main Street, in Jonesboro, Arkansas. Counsel should be present by 8:30 a.m.

IT IS SO ORDERED this 1st day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE