# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WESLEY KELLEY                                                                                                   PLAINTIFF

v.                                       NO. 3:12CV00246 JLH

NITROGEN SOLUTIONS, LLC;
MICHAEL STICKLER; MATTHEW MCCAUGHEY;
JOHN MCCAUGHEY; JOAN KHILLING;
and MICHAEL JACQUES                                                                                         DEFENDANTS

## JUDGMENT

On the 23rd day of October, 2013, this matter came before the Court for a bench trial. The plaintiff, Wesley Kelley, appeared in person and through his attorneys, Joshua Sanford and Cheslee Sizemore Mahan. The defendants appeared in person and through their attorneys, Byron L. Freeland and Jeffrey L. Spillyards. All parties announced ready for trial. At the conclusion of the trial, the Court made findings of fact and conclusions of law on the record. Pursuant to those findings of fact and conclusions of law, judgment is entered in favor of the defendants on the claims of Wesley Kelley; and judgment is entered in favor of Wesley Kelley on the counterclaim of Nitrogen Solutions, LLC. The complaint and the counterclaim are hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of October, 2013.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE